UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SEARS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0227 JLT HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF KIMBERLY SEARS AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　Kimberly Sears and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on March 21, 2022.  (Doc. 27.)  They agree that the matter shall be remanded for an ALJ issue a new decision. (Doc. 27 at 1.)  In addition, the parties agree "the Commissioner will offer Plaintiff the opportunity for a new hearing; develop the record as necessary; [and] consider all pertinent issues *de novo*, including considering the medical opinion and prior administrative medical findings." (*Id.*)  Further, the parties stipulated judgment shall be entered in favor of Plaintiff and against the Defendant, reversing the final decision of the Commissioner. (*Id.* at 2.)

　　　　Based upon the terms of the stipulation, the Court **ORDERS**:

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.)  The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant.  *See* Fed. R. Civ. P. 25(d).

1

1.     The stipulation of the parties (Doc. 27) is **APPROVED**;
2.     The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);
3.     Plaintiff's opening brief (Doc. 23) is terminated as **MOOT**; and
4.     The Clerk of Court is DIRECTED to enter judgment in favor of Kimberly Sears and against Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **March 22, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE